## BECTON, DICKINSON AND COMPANY, Plaintiff–Appellant

v.

## BAXTER INTERNATIONAL INC., Defendant–Appellee.

### No. 2015–1918.

United States Court of Appeals, Federal Circuit.

May 9, 2016.

Daniel H. Brean, The Webb Law Firm, Pittsburgh, PA, argued for plaintiff-appellant. Also represented by Kent E. Baldauf, Jr., Christian D. Ehret, Brian J. Jackson, Kirk M. Miles, Ryan Miller.

Michael J. Abernathy, Morgan, Lewis & Bockius LLP, Chicago, IL, argued for defendant-appellee. Also represented by Sanjay K. Murthy; Kacy Dicke, K & L Gates LLP, Chicago, IL; Christina Noel Goodrich, Los Angeles, CA; David An-

drew Simons, Boston, MA; Michael Ira Cohen, Austin Joseph Foley, Baxter Healthcare Corporation, Deerfield, IL.

TARANTO, SCHALL, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**